JS 6

1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **CENTRAL DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| JOHN LEE, | **Case No.: 8:22-cv-01149-DOC (DFMx)** |
| Plaintiff, | **Proposed Judgment Re: Default Judgment** |
| vs. | Date: September 19, 2022 |
| FRANCISCO J. COVARRUBIAS; and DOES 1 to 10, | Time: 8:30 a.m. |
| | Courtroom: 10A |
| Defendants. | Honorable Judge David O. Carter |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JOHN LEE shall have JUDGMENT in Plaintiff's favor in the amount of $2,527.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $6,527.00, against Defendant FRANCISCO J. COVARRUBIAS.

//
//
//
//
//

1

     Additionally, Defendant FRANCISCO J. COVARRUBIAS is ordered to provide an accessible parking space at the property located at or about 2647 W. La Habra Blvd., La Habra, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: August 16, 2022

*/s/ David O. Carter*

United States District Judge